BINGHAM et al., Respondents, v. NORTH-RUP, Appellant (LANPHER, Defendant). (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Eunice Bingham and others against Irvin W. Northrup and Hiram S. Lanpher. No opinion. Judgment and orders affirmed, with costs. See 41 N. Y. Supp. 1107.

BLISS, Respondent, v. VILLAGE OF DOLGEVILLE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by George Bliss against the village of Dolgeville. No opinion. Order affirmed, with costs.

In re BOARD OF STREET OPENING & IMPROVEMENT IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 8, 1897.) In the matter of the application of the board of street opening and improvement in the city of New York to acquire title to St. Joseph street. Petition of William F. Brugman. Edward G. Black, for appellant. Matthew P. Ryan, for respondent.

PER CURIAM. The facts in this case are the same as those in Re Opening of Wales Ave., 47 N. Y. S. 564. The questions are the same, and the same conclusion should be reached in this case as was reached in that. The order of the special term is modified by requiring the comptroller to pay to the petitioner interest on his award from the 18th day of June, 1896, the date of its confirmation, with $10 costs and disbursements to the appellant.

BRADLEY SALT CO., Respondent, v. OTIS, Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1897.) Action by the Bradley Salt Company against George C. Otis. No opinion. Order affirmed, with $10 costs and disbursements. See 45 N. Y. Supp. 568.

BRENNER et al. v. McMAHON et al. (Supreme Court, Appellate Division, Second Department. October 26, 1897.) Action by Jacob Brenner and others, as executors, etc., against Alice McMahon, impleaded, etc. No opinion. The order of affirmance made by this court, and the judgment thereon entered, were vacated, and appeal to this court dismissed, with costs. See 46 N. Y. Supp. 643.

In re BROOKLYN YEAST CO. (Supreme Court, Appellate Division, Second Department. October 12, 1897.) In the matter of the Brooklyn Yeast Company. No opinion. Order affirmed, with $10 costs and disbursements, on the ground that the order appealed from cannot prejudice the rights of the appellant.

In re BUFFALO TRACTION CO. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) In the matter of the application of the Buffalo Traction Company for the appointment of three commissioners to determine whether its railroad ought to be constructed and operated on East and West Utica streets. No opinion. Order requiring papers to be printed filed with the clerk. See 44 N. Y. Supp. 1113.

CAPUTO, Respondent, v. PASQUA, Appellant. (Supreme Court, Appellate Term. October 1, 1897.) Action by Vincenzo Caputo against Sylvestro Pasqua. H. G. K. Heath, for appellant. Wm. E. Cook, for respondent. No opinion. Reversed and new trial ordered.

CARBIN, Appellant, v. MORRILL, Respondent. (Supreme Court, Appellate Division, Second Department. October 26, 1897.) Action by William L. Carbin against Frank T. Morrill. No opinion. Order appealed from modified so as to direct the plaintiff to serve a bill of particulars "stating the date or dates when, and the place or places in the city of New York where, the defendant is alleged to have uttered the slanderous words in the causes of action in the complaint alleged, so far as the plaintiff has any knowledge or information concerning them, and also the names of persons in whose presence or hearing the defendant is alleged to have uttered said words," without costs of this appeal.

CARLE, Appellant, v. KINGSLEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 24, 1897.) Action by Frank M. Carle against Wellington W. Kingsley. No opinion. Motion denied, without costs.

CENTRAL NAT. BANK OF CITY OF NEW YORK, Appellant, v. BENNETT MANUF'G CORP., Respondent. (Supreme Court, Appellate Division, First Department. October 8, 1897.) Action by the Central National Bank of the City of New York against the Bennett Manufacturing Corporation. Geo. A. Strong, for appellant. Arthur C. Rounds, for respondent.

PER CURIAM. For the reasons stated in Merchants' Nat. Bank v. Columbia Spinning Co. (Sup.) 47 N. Y. Supp. 442, the order should be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

In re CERTIFICATE OF NOMINATION OF CITIZENS' UNION. (Supreme Court, Appellate Division, Second Department. October 26, 1897.) In the matter of the complaint under the election law respecting the certificate of nomination of the Citizens' Union. No opinion. Order affirmed on argument on October 19, 1897.

CHARD et al. v. HOLT et al. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Louisa P. Chard and George A. Gane, as administrators, etc., against Charles A. Holt and others. No opinion. Judgment affirmed, with costs.

CHASE, Respondent, v. BREWER, Appellant. (Supreme Court, Appellate Division, Third Department. September 14, 1897.) Action by Abel L. Chase against Ira Brewer, as administrator of the estate of Joseph Tucker, deceased. No opinion. Judgment affirmed.